KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants Lowery and Ladd*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMES MOZINGO,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**RAYTHEL FISHER, JR., et al.,**<br><br>                              Defendants. | 1:15-cv-00633 LJO BAM<br><br>**STIPULATION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT; ORDER REQUIRING FILING OF SECOND AMENDED COMPLAINT REFLECTING STIPULATED CHANGES** |

After meeting and conferring, it is stipulated by and between Plaintiff Mozingo and Defendants Lowery and Ladd that certain allegations are stricken from the First Amended Complaint For Damages for Willful Violations of Civil Rights and for Pendent State Claims (FAC) (ECF No. 12):

1. The words "right to due process" at FAC 1:24-25; and

///

///

1

2. The words "under 42 U.S.C. § 1985 and 42 U.S.C. § 1986 (conspiracy to deprive civil rights)" at FAC 1:24-26. This language is stricken without prejudice to Mozingo re-alleging a violation of 42 U.S.C. sections 1985 and 1986 after conducting discovery. Defendants Lowery and Ladd agree that re-alleging a violation of 42 U.S.C. sections 1985 and 1986 is not subject to defenses based on the timeliness of the filing.

**SO STIPULATED.**

Dated:  September 8, 2015                                   Respectfully submitted,

LAW OFFICE OF KEN I. KARAN

/s/ KEN I. KARAN
KEN I. KARAN
*Attorney for Plaintiff Mozingo*


KAMALA D. HARRIS
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General

***/s/ R. Lawrence Bragg***

R. LAWRENCE BRAGG
Deputy Attorney General
*Attorneys for Defendants
Lowery and Ladd*

**ORDER**

The above stipulation is granted, on the condition that Plaintiff file a Second Amended Complaint that reflects the stipulated changes. This will help to ensure a clear record. This order shall constitute leave to file a Second Amended Complaint for the above-mentioned purpose only.

IT IS SO ORDERED.

Dated:  **September 10, 2015**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE