1  KAMALA D. HARRIS
   Attorney General of California
2  TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
3  R. LAWRENCE BRAGG
   State Bar No. 119194
4  Deputy Attorney General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 445-2595
    Fax: (916) 324-5205
7   E-mail: Lawrence.Bragg@doj.ca.gov
   *Attorneys for Defendants*
8  *Lowery and Ladd*

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      FRESNO DIVISION

12

| | |
|---|---|
| **JAMES MOZINGO,** | 1:15-cv-00633 LJO BAM |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| v. | Judge:        The Honorable Barbara A. McAuliffe |
| **RAYTHEL FISHER, JR., et al.,** | Trial Date:   Not Set |
| Defendants. | Action Filed: April 22, 2015 |

20        Counsel for Defendants will be out of the country on October 8, 2015, and will be

21  unavailable to attend the Mandatory Scheduling Conference scheduled for that date. Therefore, it

22  is stipulated by and between the parties to this action that the Mandatory Scheduling Conference

23  be continued to October 27, 2015, at 9:30 a.m., in Courtroom 8 of the United States Courthouse

24  located at 2500 Tulare St., Fresno, California 93721. A Joint Scheduling Conference Statement

25  shall be filed by October 20, 2015. All other portions of the Order Setting Mandatory Scheduling

26  ///

27  ///

28

Conference (ECF No. 5) shall remain in effect.

**SO STIPULATED.**

Dated:  September 25, 2015                              Respectfully submitted,

LAW OFFICE OF KEN I. KARAN

/S/ KEN I. KARAN

KEN I. KARAN
*Attorney for Plaintiff Mozingo*

KAMALA D. HARRIS
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

*/s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Deputy Attorney General
*Attorneys for Defendants*
*Lowery and Ladd*

## ORDER

Good cause appearing, it is hereby ordered that the Mandatory Scheduling Conference in the above matter is continued from October 8, 2015 to **October 27, 2015, at 9:30 a.m. in Courtroom 8** of the above Court, and that a Joint Scheduling Conference Statement be filed by October 20, 2015. All other portions of the Order Setting Mandatory Scheduling Conference (ECF No. 5) shall remain in effect.

IT IS SO ORDERED.

Dated**:   September 30, 2015**            _/s/ Barbara A. McAuliffe_
                                         UNITED STATES MAGISTRATE JUDGE