UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOZINGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYTHEL FISHER, JR., *et al.*,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00633-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ORDER DIRECTING SERVICE BY U.S. MARSHAL**<br><br>(Doc. 25)<br><br>**ORDER FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS** |

　　　　Presently before the Court is Plaintiff James Mozingo's ("Plaintiff") request for an order directing service of the summons and Second Amended Complaint on Defendants I. Singh, M.D., Barbara Woodward, PA, and K. Phana, PA by the United States Marshal. (Doc. 25.)

　　　　Plaintiff, represented by counsel, is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 4.) On November 13, 2015, the Court granted Plaintiff's unopposed motion for leave to file a second amended complaint to add three named individuals (I. Singh, M.D., Barbara Woodward, PA, and K. Phana, PA) in place of doe defendants and to accommodate the previous stipulation of the parties to strike certain language from the First Amended Complaint. The Court directed Plaintiff to

1

file his Second Amended Complaint within ten days and, upon its filing, the Clerk of the Court was to issue summons as to I. Singh, M.D., Barbara Woodward, PA, and K. Phana, PA.  (Doc. 22.)

Plaintiff filed the Second Amended Complaint on November 13, 2015, and the Clerk of the Court issued summonses for I. Singh, M.D., Barbara Woodward, PA, and K. Phana, PA on November 16, 2015.  (Docs. 23, 24.)

On November 18, 2015, Plaintiff filed the instant request, based on his in forma pauperis status, for an order directing the United States Marshal to effect service on Defendants I. Singh, M.D., Barbara Woodward, PA, and K. Phana, PA.  (Doc. 25.)

Pursuant to Federal Rule of Civil Procedure 4(c)(3), at plaintiff's request, the court must order that service of the summons and complaint be made by a United States marshal or deputy marshal if the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Fed. R. Civ. P. 4(c)(3).  As Plaintiff is proceeding in forma pauperis pursuant to section 1915, the Court shall direct service by the United States Marshal's service in this action.  Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for an order directing service of summons and the Second Amended Complaint on Defendants I. Singh, M.D., Barbara Woodward, PA, and K. Phana, PA is GRANTED.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed November 13, 2015.

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summonses;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed Second Amended Complaint filed November 13, 2015.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to

serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    **5.**    **The failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **November 19, 2015**          /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE