IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMES MOZINGO,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; LADD, lieutenant; C. LOWERY, correctional officer; I. SINGH, M.D.; BARBARA WOODWARD, PA; K. PHANA, PA; and DOES 1 through 47, inclusive,**<br><br>　　　　　　　　　　　Defendants. | CASE NO.: 1:15-cv-00633 LJO BAM<br><br>**ORDER GRANTING STIPULATION TO PERMIT AN AMENDMENT TO THE SECOND AMENDED COMPLAINT**<br><br>Judge:　　The Honorable Barbara A. McAuliffe<br>Trial Date:　Not Set<br>Action Filed: April 22, 2015 |

　　　Before the Court is a stipulation of the parties to correct the spelling of the name of Defendant identified as "K. Phana." This Defendant is a contract Physician's Assistant not amenable to substitute service at CDCR. Various spellings of the name have made service of the complaint and summons on "K. Phana" untenable because Defendant's agency is constrained by its privacy policies. Plaintiff seeks to correct the name without the need for a motion and order to file a Third Amended Complaint, and Defendants stipulate to the

1

correction. Furthermore, the ability of the Court to set a schedule for a case that was filed April 22, 2015, is impacted by the delays in naming and serving this Defendant.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Second Amended Complaint be corrected by changing the name of Defendant "K. Phana" to "K. Phanh" wherever it appears in the Second Amended Complaint. All further captions going forward in the matter will reflect the change.

The Clerk of the Court is directed to correct the spelling of Defendant K. Phana, PA to "K. Phanh, PA" in the case docket and issue a new summons in the name of "K. Phanh."

IT IS FURTHER ORDERED that the previous order granting Plaintiff's in forma pauperis request to affect service by U.S. Marshal's Service (ECF No. 26) be amended to include service on "K. Phanh."

IT IS SO ORDERED.

Dated: **January 19, 2016**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE