1   Ken I. Karan, California State Bar No. 204843
    kkaran.law@gmail.com
2   LAW OFFICE OF KEN I. KARAN
    2907 Shelter Island Drive, Ste. 105-215
3   San Diego, CA 92106
    (760) 420-5488
4   Fax (866) 841-5420
    *Attorney for Plaintiff James Mozingo*
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            FRESNO DIVISION

11

12  | | |
    |---|---|
    | **JAMES MOZINGO,** | CASE NO.: 1:15-cv-00633 LJO BAM |
    | Plaintiff, | STIPULATION OF THE PARTIES REGARDING SERVICE OF THE SECOND AMENDED COMPLAINT; ORDER |
    | **v.** | |
    | **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; LADD, lieutenant; C. LOWERY, correctional officer; I. SINGH, M.D.; BARBARA WOODWARD, PA; K. PHANH, PA; and DOES 1 through 47, inclusive,** | Complaint Filed: April 22, 2015<br>Hearing Date:   February 17, 2016<br>Time:           8:00 a.m.<br>Location:       CTRM #8<br>Judge:          Hon. Barbara A. McAuliffe<br>U.S. Magistrate Judge |
    | Defendants. | |

21

22      The appearing parties herein, by and through counsel, stipulate as follows:

23      1.  The Court ordered service of the Second Amended Complaint by U.S. Marshal's

24  Service on Defendants I. Singh, M.D.; Barbara Woodward, PA; K. Phana, PA.

25      2.  The Court explicitly exempted Defendants Ladd and Lowery from filing another

26  answer to the pleadings having already appeared by answer to the First Amended

27  Complaint. (ECF 22, 4:15.) The Court's order did not address service on Defendant

28

CDCR which also appeared in the answer. (ECF 15.)

3.  Counsel for Defendants has authority to accept service on behalf of CDCR.

4.  Counsel for Defendants acted on that authority by accepting service without formal process, and by filing an answer to the First Amended Complaint on behalf of CDCR.

5.  To avoid confusion, the parties stipulate that service of the Second Amended Complaint on CDCR has been completed. Counsel for CDCR intends to file an answer to the Second Amended Complaint.

6.  The parties agree that the Court's jurisdiction over Defendant CDCR in this matter is perfected.

7.  This stipulation does not address the status of service of the Second Amended Complaint on Defendant Phana (Phanh) who has not appeared.

So stipulated.

Date:  January 18, 2016                    Signed:  /s/  Ken I. Karan
                                                    Ken I. Karan, Esq.
                                                    *Attorney for Plaintiff James Mozingo*

Date:  January 18, 2016                    Signed:  /s/ R. Lawrence Bragg
                                                    R. Lawrence Bragg, Esq.
                                                    *Attorney for Defendants CDCR, Ladd, Lowery, I. Singh, M.D.; Barbara Woodward, PA*

IT IS SO ORDERED.

Dated:  **January 29, 2016**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE