Ken I. Karan, California State Bar No. 204843
kkaran.law@gmail.com
LAW OFFICE OF KEN I. KARAN
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
(760) 420-5488
Fax (866) 841-5420
*Attorney for Plaintiff James Mozingo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES MOZINGO,<br><br>                Plaintiff,<br><br>        v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; LADD, lieutenant; C. LOWERY, correctional officer; I. SINGH, M.D.; BARBARA WOODWARD, PA; K. PHANH, PA; HUFF, sergeant, and DOES 1 through 46, inclusive,<br><br>                Defendants. | CASE NO.: 1:15-cv-00633 LJO BAM<br><br>STIPULATION OF THE PARTIES TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS; ORDER<br><br>Location:   CTRM #8<br>Judge:       Hon. Barbara A. McAuliffe<br>                    U.S. Magistrate Judge |

The appearing parties herein, by and through their respective counsel, stipulate as follows:

1. The current deadline to amend the pleadings is October 7, 2016. (ECF #67.)

2. Plaintiff intends to take depositions before determining whether additional parties should be named as defendants.

3. The agreed dates for the depositions are planned for the week of October 24, 2016.

4. Because the depositions will take place after the deadline to amend the pleadings, the parties agree to extend the time for amendments up to, and including, November 11, 2016.

So stipulated.

Date: September 23, 2016          Signed: /s/ Ken I. Karan
                                  Ken I. Karan, Esq.
                                  *Attorney for Plaintiff James Mozingo*

Date: September 23, 2016          Signed: /s/ R. Lawrence Bragg
                                  R. Lawrence Bragg, Esq.
                                  *Attorney for Defendants CDCR, Ladd, Lowery, I. Singh, M.D., Woodward, PA, Huff.*

Date: September 23, 2016          Signed: /s/ Lisa M. Martin
                                  Lisa M. Martin, Esq.
                                  *Attorney for Defendant Phanh*

ORDER

Having considered the stipulation of the parties, the deadline to amend the pleadings is moved from October 7, 2016, to November 11, 2016. All other dates in the Scheduling Order remain as set.

IT IS SO ORDERED.

Dated: **September 26, 2016**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE